UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| LOPEZ, MARIA CRISTINA | ) | Case No. 09-10833-SV JMM |
| Debtor(s) | ) | |
| | ) | *AMENDED* |
| | ) | **APPLICATION FOR PAYMENT OF FUNDS** |
| | ) | **TO U.S. BANKRUPTCY COURT** |

Beth Lang, Trustee, asks that an order be entered directing the Trustee to pay over the amount of $4,760.36 to the Clerk of the Court to be deposited in the Registry thereof. The funds are the Debtor's pro rata share of her 2009 tax refunds. In support thereof, the Trustee would show the Court:

1. This case was filed on 5/19/2009. The first meeting of creditors was held on 7/10/2009.

2. At the time of the first meeting of creditors, the Trustee instructed the Debtor to send copies of her 2009 tax returns as soon as they were prepared in 2010 and to be prepared to turn over the associated refunds as a portion of those funds was property of the estate.

3. On or about 5/7/2010, the Trustee received Debtor's 2009 federal tax refund directly from the IRS and sent a letter to the Debtor's address of record requesting the Debtor's state tax refund and copies of the tax returns. That letter was returned by the post office on 6/4/10, but in the meantime, the Trustee received copies of the Debtor's tax returns as well as her state refund check all with the same address that is of record.

4. The Trustee's assistant attempted to call the Debtor, but the phone number provided by the Debtor at her meeting of creditors had been disconnected. The Trustee's assistant contacted the Debtor's attorney who tried to contact the Debtor with the information they had, including the Debtor's employer. The attorney's assistant was told the Debtor was no longer working with that company and the attorney has no other contact information for the Debtor.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order authorizing the funds to be paid over to the Clerk of the Court to be deposited into the Registry thereof.

| | |
|---|---|
| July 26, 2010 | /s/ Beth Lang |
| Date | Beth Lang, Trustee |

Copy of the foregoing mailed, first-class
postage, July 26, 2010, to:

Maria C Lopez
1100 E Parkway Dr Apt 27
Nogales AZ 85621

Maria C Lopez
1790 N *Loma* Mariposa #48
Nogales AZ 85621

Attorney for the Debtor served by ECF Notice:
Linda Aaron-Lory Esq
1025 N Bankard
Nogales AZ 85621

/s/ Linda Mattern
Linda L. Mattern, PLS, ACP
Certified Paralegal - Bankruptcy Specialist